THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAURA NICOLE IRVING,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>UNION SECURITY INSURANCE COMPANY, ASSURANT EMPLOYEE BENEFITS, a brand name for UNION SECURITY INSURANCE COMPANY, FORTIS BENEFITS INSURANCE COMPANY, Administrators of the Long Term Disability Policy for the Everett Police Officer Association,<br><br>　　　　　　　　Defendants. | NO.  2:12-cv-00584-RSL<br><br><br><br>ORDER GRANTING DEFENDANT LEAVE TO AMEND ANSWER |

　　　This matter came before the Court on Defendant's Motion for Leave to Amend Answer.  The Court has considered the following:

　　　1.　　Defendant's Motion for Leave to Amend Answer;

ORDER GRANTING MOTION FOR LEAVE TO AMEND
ANSWER (Case No. 2:12-cv-00584- RSL) – 1

Law Offices of
**Hackett, Beecher & Hart**
1601 Fifth Avenue, Suite 2200
Seattle, Washington 98101
(206) 624-2200

2. Declaration of David A. LeMaster and attached exhibits;

3. Plaintiff's Response, if any; and

4. Defendant's Reply, if any.

Having considered the above, the Court finds that leave to amend should be granted under CR 15(a) and ORDERS that Defendant is granted leave to serve and file an amended answer in the form attached as Exhibit A to Defendant's Motion for Leave to Amend Answer.

Dated this 5th day of December, 2012.

*/s/ Robert S. Lasnik*
THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ David A. LeMaster
David A. LeMaster
WSBA 22874
Hackett, Beecher & Hart
1601 Fifth Avenue, Suite 2200
Seattle, WA 98101
Tel (206) 624-2200
Fax (206) 624-1767
dlemaster@hackettbeecher.com
Counsel for Defendant

ORDER GRANTING MOTION FOR LEAVE TO AMEND
ANSWER (Case No. 2:12-cv-00584- RSL) – 2

Law Offices of
**Hackett, Beecher & Hart**
1601 Fifth Avenue, Suite 2200
Seattle, Washington 98101
(206) 624-2200